**Order filed March 5, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00082-CV
_____

**JUDA AKUECHIAMA, EBERE AMAECHI-AKUECHIAMA, AND/OR ALL OCCUPANTS OF 3929 LAKE STAR DRIVE LEAGUE CITY, TEXAS 77573, Appellants**

**V.**

**U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES, Appellee**

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0085868**

## O R D E R

The notice of appeal in this case was filed January 28, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by

statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 16, 2020.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.